

FILED
11 APR -1 AM 8: 36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DECK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIRAMAR FEDERAL CREDIT UNION, FLIGHTDECK FINANCIAL SERVICES, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case N0. 10-CV-2340 BEN (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**<br><br>[Doc. # 17] |

Defendant Miramar Federal Credit Union and Plaintiff Nicholas Deck jointly move ("Joint Motion")[1] the Court for leave for Defendant to file a first amended answer. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and in light of Plaintiff's written consent, the Joint Motion is **GRANTED**. The Clerk shall file Attachment # 1 to the Joint Motion as Defendant Miramar

---

[1] The Court notes that the parties failed to observe CIVLR 7.2(b), which requires stipulations seeking court approval to be filed as "joint motions." Because this is the parties' first infraction, the Court shall construe their stipulation as a joint motion. But, in the future, noncompliant filings may be stricken. *See* 8 FED. PROC., L. ED. § 20:658 (2011) ("Valid rules of practice adopted by the United States district courts have the force and effect of law and are binding upon the parties and the court which promulgated them until they are changed in the appropriate manner."); *Simmons v. Navajo Cnty, Ariz.*, 609 F.3d 1011, 1017 (9th Cir. 2010) ("'District courts have broad discretion in interpreting and applying their local rules.'") (quoting *Miranda v. S. Pac. Transp. Co.*, 710 F.2d 516, 521 (9th Cir. 1983)).

| | |
|---|---|
| 1 | Federal Credit Union's First Amended Answer. |
| 2 | **IT IS SO ORDERED.** |

Dated: __3/30__, 2011

_____
THE HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE